**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| India Latimore, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   **Case No.:1:17-cv-3039-RLY-DML** |
| | ) |
| Fox Collection Center, d/b/a Professional | ) |
| Collection Center, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, by counsel, due to having settled the issues of the above-referenced action with the Defendant, herein moves this Court to dismiss this cause of action with prejudice, with each party being responsible for its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Respectfully submitted,

_/s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp& Associates
5214 S. East St., Ste. D1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
steinkamplaw@yahoo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2017 a copy of the foregoing Motion to Dismiss was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Robert W. Briley
Shuttleworth, PLLC
rbriley@swlawpllc.com

Respectfully Submitted,

/s/John T. Steinkamp
John T. Steinkamp
5214 S. East Street, Suite D1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
Steinkamplaw@yahoo.com